**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**AMERICAN ACQUISITION, LLC**                                          PLAINTIFF

       v.           Civil No. 09-5063

**JEFFREY LANE GADDY and LINDA**
**A. GADDY, CO-TRUSTEES OF THE**
**BOB L. GADDY TRUST; J. SCOTT**
**BULL; and REBECCA L. BULL**                                          DEFENDANTS

### J U D G M E N T

Now on this 18th day of September, 2009, for reasons set forth in a Memorandum Opinion of even date herewith, the Court enters judgment in favor of plaintiff and against separate defendants J. Scott Bull and Rebecca L. Bull, jointly and severally, in the sum of $1,116,640.74, plus interest at 15% per annum from June 6, 2009, to September 18, 2009, in the sum of $48,573.88, plus attorney's fees of $8,847.30, and costs of $2,262.10, for a total judgment of One Million One Hundred Seventy-Six Thousand Three Hundred Twenty-Four and 2/100 Dollars ($1,176,324.02), with interest thereon at the rate of .40% per annum until paid, for all of which execution may issue.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                **JIMM LARRY HENDREN**
                                **UNITED STATES DISTRICT JUDGE**